Ralph LAMAR, et ux., Petitioners,

v.

James M. GRAHAM, Respondent.

No. B–9551.

Supreme Court of Texas.

July 21, 1982.

Rehearing Denied Sept. 22, 1982.

Ralph H. Lamar, pro se.

Clark, Thomas, Winters & Shapiro, Barham Bratton and Mary Joe Carroll, Austin, for respondent.

ON MOTION FOR REHEARING

RAY, Justice.

We grant respondent Dr. James M. Graham's motion for rehearing and withdraw our opinion of November 12, 1981. It is the opinion of the Court that Ralph Lamar's application for writ of error was improvidently granted. We refuse the application for writ of error, no reversible error. Tex. Civ.App., 598 S.W.2d 727.